# PUBLIC LIBRARY OF US DIPLOMACY

Specified Search (//search.wikileaks.org/plusd/)   View Map (/plusd/map)   Make Timegraph (/plusd/graph)   View Tags (/plusd/tags/)   Image Library (/plus

## IRAN WATCHER CONTACT TARGETED BY IRANIAN REGIME

| | |
|---|---|
| Date: | 2010 January 21, 12:17 (Thursday) |
| Original Classification: | CONFIDENTIAL,NOFORN |
| Handling Restrictions: | -- Not Assigned -- |
| Executive Order: | -- Not Assigned -- |
| TAGS: | IR - Iran (/plusd/?q=&qftags=IR#result) | PINR - Political Affairs--Intelligence (/plusd/?q=&qftags=PINR#result) | PINS - Political Affairs--Internal Security (/plusd/?q=&qftags=PINS#result) | PTER - Political Affairs--Terrorists and Terrorism (/plusd/?q=&qftags=PTER#result) | UK - United Kingdom (/plusd/?q=&qftags=UK#result) |
| Enclosure: | -- Not Assigned -- |
| Office Origin: | -- N/A OR BLANK -- |
| Office Action: | -- N/A OR BLANK -- |
| From: | UNITED KINGDOM LONDON (/PLUSD/?Q=&QFORIGIN=UNITED+KINGDOM%23%23LONDON#RESULT) |
| To: | CENTRAL INTELLIGENCE AGENCY (/PLUSD/?Q=&QFDESTINATION=CENTRAL INTELLIGENCE AGENCY#RESULT) | IRAN IRAN COLLECTIVE (/PLUSD/?Q=&QFDESTINATION=IRAN%23%23IRAN COLLECTIVE#RESULT) | SECRETARY OF STATE (/PLUSD/?Q=&QFDESTINATION=SECRETARY OF STATE#RESULT) |
| Canonical ID: | 10LONDON131_a |
| Current Classification: | CONFIDENTIAL,NOFORN |
| Character Count: | 4403 |
| Locator: | TEXT ONLINE |
| Concepts: | -- Not Assigned -- (/plusd/+Not+Assigned+--#result) |
| Type: | TE - Telegram (cable) |
| Archive Status: | -- Not Assigned -- |
| Markings: | -- Not Assigned -- |

C O N F I D E N T I A L LONDON 000131

NOFORN

SIPDIS

E.O. 12958: DECL: 01/19/2020
TAGS: PINR, PTER, PINS, UK, IR
SUBJECT: IRAN WATCHER CONTACT TARGETED BY IRANIAN REGIME

Classified By: Political Minister Counselor Greg Berry, reasons 1.4 (b)
 and (d).

1. (C/NF) SUMMARY: Long-time London Iran Watcher (IW)
contact and prominent VOA commentator Ali Reza Nourizadeh
recently told IW he had been targeted by Iranian
intelligence, an allegation confirmed by London LEGATT.
Nourizadeh was approached some months ago by Mohammad Reza
Sadeqinia, an Iranian national who introduced himself as a
"big fan" of Nourizadeh's.  Nourizadeh met Sadeqinia on

PLAINTIFF'S EXHIBIT 2

several occasions in London and Washington, DC, but became suspicious when Sadeqinia took large numbers of photos, including of Nourizadeh's vehicle. Sadeqinia was arrested in California on charges of soliciting murder after he attempted to hire a hitman to kill Iranian-American broadcaster Jamshid Sharmahd. Because his pattern of behavior towards Nourizadeh was similar to his interactions with Sharmahd, FBI shared the threat information with UK authorities, who subsequently warned Nourizadeh. END SUMMARY.

2. (C/NF) Ali Reza Nourizadeh contacted IW January 15 with information that he had been visited by British anti-terrorism police who informed him he had been targeted by the Iranian regime. The UK authorities (who, IW later learned had received the threat information from the FBI) told Nourizadeh that Reza Sadeqinia, a man who had visited Nourizadeh several times in London and Washington, DC, was working for the Iranian intelligence services and gathering information on Nourizadeh's habits. They advised Nourizadeh that Sadeqinia had been arrested in California for soliciting the murder of Iranian-American broadcaster Jamshid Sharmahd.

3. (C/NF) Nourizadeh, obviously shaken by this news, told IW Sadeqinia had contacted him several months before, claiming to be a "big fan" of Nourizadeh's. Nourizadeh became suspicious after Sadeqinia insisted on taking large numbers of photos, including shots of Nourizadeh's car and garage. His suspicions were confirmed after he received a message from a well-placed friend who told Nourizadeh he had seen dozens of photos of him on the desk of Iranian Deputy Intelligence Minister Alavi. At that point, Nourizadeh stopped taking Sadeqinia's calls and heard nothing more about the matter until he was visited by UK anti-terror police January 14.

4. (C/NF) London LEGATT confirmed the arrest of Sadeqinia in the U.S. after he attempted to hire a man to kill Iranian-American broadcaster Jamshid Sharmahd of Tondar Radio. Prior to the solicitation of the hitman, videos of Sharmahd had begun to appear on YouTube with commentary that he was acting against Iran and an enemy of the state. Sadeqinia apparently admitted his surveillance of both

Sharmahd and Nourizadeh and claimed he was working on behalf of Iranian intelligence. After similar videos of Nourizadeh were discovered, the FBI authorized UK authorities to share the threat information with Nourizadeh. UK authorities are working with Nourizadeh to improve his personal security, and Nourizadeh is cooperating by providing information about his interactions with Sadeqinia.

5. (C/NF) COMMENT: Nourizadeh is a well-known figure both inside and outside Iran, and is an outspoken critic of the Iranian regime, so it is unsurprising that the regime would want to keep a close eye on him. If, however, the regime has targeted Nourizadeh for assassination, as it appears to have done with Sharmahd, it marks a clear escalation in the regime's attempts to intimidate critics outside its borders, and could have a chilling effect on journalists, academics and others in the West who until recently felt little physical threat from the regime. Nourizadeh, while clearly taking the threat seriously, will not be cowed -- he's faced this type of threat before (many years ago when he first left Iran), and he has confidence in the British authorities' ability to protect him. In fact, he has encouraged other prominent opposition leaders like Shirin Ebadi and Mohsen Makhmalbaf to relocate to London for their own safety. END COMMENT.

Visit London's Classified Website:
http://www.intelink.sgov.gov/wiki/Portal:Unit ed_Kingdom

SUSMAN

Help Expand The Public Library of US Diplomacy

Your role is important:
WikiLeaks maintains its robust independence through your contributions.

**Please see**
https://shop.wikileaks.org/donate (https://shop.wikileaks.org/donate) to learn about all ways to

Top

  

WL Research Community - user contributed research based on documents published by WikiLeaks.

(https://our.wikileaks.org)

Tor is an encrypted anonymising network that makes it harder to intercept internet communications, or see where communications are coming from or going to.

(https://www.torproject.org/)

Tails is a live operating system, that you can start on almost any computer from a DVD, USB stick, or SD card. It aims at preserving your privacy and anonymity.

(https://tails.boum.org/)

The Courage Foundation is an international organisation that supports those who risk life or liberty to make significant contributions to the historical record.

(https://www.couragefound.org/)

Bitcoin uses peer-to-peer technology to operate with no central authority or banks; managing transactions and the issuing of bitcoins is carried out collectively by the network.

(https://www.bitcoin.org/)

(https://www.facebook.com/wikileaks)

(https://twitter.com/wikileaks)