<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF COLUMBIA</u>

| | | |
|---|---|---|
| **ESTATE OF DJAMSHID** | : | |
| **"JIMMY" SHARMAHD,** *et al* | : | |
| | : | |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | **Case No. 2026-CV-00013-TBD** |
| | : | |
| | : | |
| **THE GOVERNMENT OF THE** | : | |
| **ISLAMIC REPUBLIC OF IRAN,** | : | |
| *incl. its ministries, agencies,* | : | |
| *and instrumentalities,* | : | |
| | : | |
| *Defendant.* | : | |

## <u>ORDER</u>

Upon consideration of Plaintiffs' Ex Parte Motion for Waiver of Local Civil Rule 5.1(c)(1), it is

hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that the

requirement of Local Civil Rule 5.1(c)(1) that the full residence addresses of the Plaintiffs appear

in the caption of the initial pleading is **WAIVED**; and it is further **ORDERED** that Plaintiffs are

not required to file their residence addresses under seal or otherwise submit such addresses to the

Court; and it is further **ORDERED** that Plaintiffs and Defendants may rely on counsel's

business addresses for purposes of notice, service, and case administration.


Dated this _____ day of January, 2026

_____

United States District Judge