CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

SHARMAHD, et al

_____
Plaintiff(s)

vs.
THE ISLAMIC REPUBLIC OF IRAN

Civil Action No.: __26-cv-00013-BAH__

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Islamic Republic of Iran
C/O Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Iran

by: (check one)
- ☑ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): __N/A__, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Dylan G. Barket
(Signature)
Dylan G. Barket, Esq.
Barket Lawyers
66 W. Flagler Street, 7th Floor
Miami, FL, 33130

(Name and Address)