**BARKET LAWYERS**
ATTORNEYS AT LAW
CONCORDE BUILDING
7TH FLOOR
66 WEST FLAGLER STREET
MIAMI, FLORIDA 33130
TELEPHONE (305) 373-6711

January 23, 2026

***Sent via e-filing to:***
Office of the Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

**RE: Request For Service of Process on The Defendant, The Islamic Republic Of Iran, Sharmahd, et al., vs. The Islamic Republic of Iran, No. 26-cv-00013-BAH**

To Whom It May Concern:

On behalf of Plaintiffs in the above-captioned matter, we write to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service on Defendant, the Islamic Republic of Iran ("Iran").

Service on Iran under 28 U.S.C. § 1608(a)(3) is warranted here. Plaintiffs and Iran do not have any special arrangement for service of process pursuant to 28 U.S.C. § 1608(a)(1), and service on Iran is not permitted by any applicable international convention on service of judicial documents pursuant to 28 U.S.C. § 1608(a)(2).

Here, service is directed to:

> The Islamic Republic of Iran
> C/O Ministry of Foreign Affairs
> Imam Khomeini St., Imam Khomeini Sq.
> Tehran, Iran

We will file this letter electronically as an exhibit to the Affidavit Requesting Foreign Mailing, and then deliver to the Office of the Clerk the following:

(1) one copy of the Affidavit Requesting Foreign Mailing (including this letter);

(2) one copy of the Notice of Electronic Filing of the Affidavit Requesting Foreign Mailing;

  (3) one copy of the summons, complaint and exhibits attached thereto, notice of suit, and Farsi translations thereof (paperclipped);

I respectfully request that the Clerk's Office take the necessary steps to effect service on Defendant pursuant to 28 U.S.C. § 1608(a)(3) via U.S. Postal Service. Plaintiffs' counsel will then collect the package prepared by the clerk for hand delivery to USPS and return the stamped receipt for Registered Mail to the Clerk's Office for Docketing (PS Form 3806). Should this attempt at service pursuant to 28 U.S.C. § 1608(a)(3) prove unsuccessful within 30 days, we are prepared to attempt service under 28 U.S.C. § 1608(a)(4).

Thank you for your assistance with this matter. Should questions regarding this request arise, please do not hesitate to contact me at (305) 373-6711 or dylan@barketlawyers.com

            Respectfully,

           /s/ Dylan G. Barket, Esq.