**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF JAMSHID SHARMAHD *et al.* | |
| *Plaintiffs*, | |
| v. | Case No. 1:26-cv-00013-BAH |
| ISLAMIC REPUBLIC OF IRAN, *incl. its Ministries, agencies, and instrumentalities* | |
| *Defendants*. | |

**NOTICE OF COMPLIANCE WITH MINUTE ORDER AND SEALED FILING**

Plaintiffs, by and through undersigned counsel, respectfully submit this Notice of Compliance with the Court's Minute Order dated January 16, 2026, directing Plaintiffs to file, under seal, a notice containing the names and residence addresses of all Plaintiffs.  Plaintiffs hereby confirm that such information is being filed under seal contemporaneously with this Notice, in accordance with Local Civil Rule 5.1(c)(1) and the Court's instructions.

Date:   January 27, 2026

Respectfully Submitted,

/s/ Dylan G. Barket, Esq.
D.C. District ID:        FL00128
Florida Bar Number:   1026381

BARKET LAWYERS
Concorde Building – 7th Floor
66 W. Flagler Street
Miami, FL 33130
Tel: (305) 373-6711
Dylan@barketlawyers.com
Pleadings@barketlawyers.com

/s/ Jason Ian Poblete, Esq.
D.C. District ID: 500414

POBLETE TAMARGO LLP
600 Cameron Street, Suite 411
Alexandria, Virginia 22314
Tel: (703) 566-3037
jpoblete@pobleteamargo.com

1

2

/s/ Mauricio Tamargo, Esq.
D.C. District ID: 469839
POBLETE TAMARGO LLP
600 Cameron Street, Suite 411
Alexandria, Virginia 22314
Tel: (703) 566-3037
mtamargo@pobletetamargo.com

2